JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JCCRANDALL LCC, | Case No. CV 21-9774 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SANTA RITA HOLDINGS, INC., | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 3rd day of May, 2022.

/s/
Fernando M. Olguin
United States District Judge